UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

AUG 1 2 2005

JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

| | | |
|---|---|---|
| JOSEPH RODULAVIC, | § | |
| | § | CIVIL ACTION NO. 7:04-cv-00704 |
| Plaintiff, | § | |
| | § | **ORDER OF DISMISSAL** |
| vs. | § | **WITH PREJUDICE** |
| | § | |
| GENERAL ELECTRIC COMPANY, | § | |
| | § | By: Samuel G. Wilson |
| Defendant. | § | United States District Judge |

Plaintiff Joseph Rodulavic and Defendant General Electric Company have advised the Court that they have stipulated to the dismissal of this action with prejudice, with each of the Parties to bear its own costs and fees, and have requested that the Court so order.

In consideration of the foregoing, it is therefore **ORDERED** that this lawsuit shall be, and hereby is, **DISMISSED WITH PREJUDICE**. It is **FURTHER ORDERED** that the parties shall bear their own costs and fees.

**ENTERED**: This August 12th, 2005

UNITED STATES DISTRICT JUDGE